IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40609
Conference Calendar

_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICARDO BEDOLLA DE LA TORRE,
also known as
ENRIQUE URISTA-ALVARADO,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-97-CR-54-1
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Appellant Ricardo Bedolla De La Torre (Bedolla) appeals his
conviction and sentence for illegal re-entry following
deportation in violation of 8 U.S.C. § 1326(a).  Bedolla argues
that he was sentenced under 8 U.S.C. § 1326(b)(2) for a prior
aggravated felony conviction and since he was charged and pleaded
guilty to 8 U.S.C. § 1326(a), the Government should have alleged
the prior aggravated felony in the indictment.  His argument is

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

foreclosed by this court's opinion in <u>United States v. Vasquez-Olvera</u>, 999 F.2d 943, 946-47 (5th Cir. 1993).

AFFIRMED.